In the Matter of RECONSTRUCTION HOME AND HEALTH CARE CENTER, INC., Appellant, v RICHARD F. DAINES, as Commissioner of Health, et al., Respondents.

Submitted February 1, 2010; decided April 1, 2010

Motion by New York State Health Facilities Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

SAPPHIRE SIMMONS, an Infant, by Her Mother and Natural Guardian, ROSEMARY SIMMONS, et al., Appellants, v VITO SACCHETTI et al., Respondents, et al., Defendant.

Submitted January 19, 2010; decided April 1, 2010

Motion by Met Council, Inc., et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.